# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

TERRI LOEFFLER,

       Plaintiff,

v.

PORTFOLIO RECOVERY ASSOCIATES LLC,

       Defendant.

Court File No. 07-2486-CM

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

Dated: 1/10/08

By s/J. Mark Meinhardt
J. Mark Meinhardt (License #20245)
Attorney for Plaintiff
4707 College Blvd., Suite 100
Leawood, KS  66211
913-451-9797

ATTORNEY FOR THE PLAINTIFF

Dated: 1/31/08

By s/Richmond M. Enochs
Richmond M. Enochs
10111 West 87th Street
P.O. Box 12290
Overland Park, KS 66282
913-888-1000

ATTORNEY FOR THE DEFENDANT